■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SOTO, Appellant. [931 NYS2d 229]—

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. The evidence established that an officer had a sufficient opportunity to observe defendant making a drug sale. We have considered and rejected defendant's remaining credibility arguments. Concur—Gonzalez, P.J., Mazzarelli, Sweeny, Abdus-Salaam and Román, JJ.